UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BARBARA JACKSON,     Case No. 3:12-cv-100

   Plaintiff,     District Judge Walter H. Rice
vs.     Magistrate Judge Michael J. Newman

COMMISSIONER OF SOCIAL SECURITY,

   Defendant.

---

### ORDER ADOPTING REPORT AND RECOMMENDATION

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #21), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The parties' joint stipulation for an EAJA fee award (doc. 18), construed as a joint, unopposed motion for an award of attorney's fees is **GRANTED**;

2. Plaintiff is **AWARDED** the sum of $3,960 in EAJA fees; and

3. This case remains terminated on the docket of this Court.

Date: 8-7-14

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE